AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

**FILED**

April 30, 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ ac

DEPUTY

| United States of America | ) | |
| v. | ) | Case No. SA-26-MJ-594 |
| | ) | |
| EMMANUEL FRANK VILLARREAL | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  April 29, 2026  in the county of  BEXAR  in the
WESTERN  District of  TEXAS , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18/922(g)(1) | Felon in Possession of a Firearm. |
| | PENALTIES:  Up to 15 years imprisonment, $250,000 fine, 3 years supervised release, and $100 mandatory special assessment. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

Matthew Eller

Digitally signed by Matthew Eller
Date: 2026.04.30 11:07:40 -05'00'

*Complainant's signature*

ATF S/A Matthew Eller

*Printed name and title*

☐ Sworn to before me and signed in my presence.
☑ Sworn to telephonically and signed electronically.

Date:  April 30, 2026

*Judge's signature*

City and state:  San Antonio, Texas

HENRY J. BEMPORAD, US MAGISTRATE JUDGE

*Printed name and title*

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Special Agent Matthew Eller, being duly sworn do hereby depose and state:

1. I am currently employed as a Special Agent (SA) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and have been employed since May 2023. Since May 2023, I have participated in investigations concerning violations of Title 18. In April of 2026 ATF Special Agents identified **Emmanuel Frank VILLARREAL** as a convicted felon who was in possession of a firearm in San Antonio, Texas.

2. VILLARREAL was previously convicted of the felony offenses of Possession of a Firearm by a Convicted Felon and Theft of Property, in Bexar County, Texas, and was sentenced to prison time.

3. On April 29, 2026, a San Antonio Police Department Officer (SAPD) observed VILLARREAL driving a black Chrysler 300 in San Antonio, Texas, in the Western District of Texas. There were no other passengers in the vehicle. VILLARREAL does not have a valid driver's license and committed a traffic violation while driving the vehicle. As a result of these infractions, SAPD attempted to conduct a traffic stop on VILLARREAL's vehicle.

4. VILLARREAL evaded SAPD and did not stop when the officers activated their emergency equipment. While fleeing, SAPD saw VILLARREAL throw a handgun out of the front passenger side window of his vehicle. The handgun was thrown over a fence towards the 550 block of Blanco Road. VILLARREAL failed to pull over and was never apprehended.

5. Law enforcement recovered the firearm. It was loaded with a round in the chamber. The firearm is a Smith & Wesson, SD40 VE, .40 caliber pistol, serial number FEC3379. This firearm was not manufactured in the State of Texas, therefore traveled through interstate and foreign commerce.

1

Based on the above facts, your affiant believes that there is probable cause that **Emmanuel Frank VILLARREAL** knowingly committed the offense of **Felon in Possession of a Firearm**, in violation 18 U.S.C. § 922(g)(1).

Matthew Eller

Digitally signed by
Matthew Eller
Date: 2026.04.30
12:17:09 -05'00'

Special Agent Matthew Eller
Bureau of Alcohol, Tobacco, Firearms, and Explosives

SUBSCRIBED AND SWORN TO ME THIS __30th__ DAY OF April 2026.

HENRY J. BEMPORAD
UNITED STATES MAGISTRATE JUDGE

2